In the Matter of JOSEPH J. LEONE et al., Appellants, against ROBERT YATES et al., Constituting the Board of Appeals of the Incorporated Village of Elmsford, Westchester County, et al., Respondents. JOSEPH J. LEONE et al., Appellants, v. PETER CARMECI, Respondent.— Consolidated appeals in a proceeding pursuant to article 78 of the Civil Practice Act and in a companion action. The proceeding, to review a determination of the board of appeals of the incorporated village of Elmsford granting a variance as to the rear yards of three proposed dwelling houses, was instituted by the owners of a dwelling located generally to the rear of the proposed houses. The action is by the petitioners in the proceeding against the applicant for the variances to enjoin him from constructing the proposed dwellings. In the proceeding the appeals are by the petitioners from an order dismissing the proceeding and from an order denying their motion to add the defendant in the action as a party to the proceeding and for an injunction *pendente lite.* The appeal in the action is from an order denying plaintiffs' motion for an injunction *pendente lite.* Orders unanimously affirmed, with a single bill of $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

In the Matter of LONG ISLAND LIGHTING COMPANY, Respondent, against CITY OF LONG BEACH et al., Appellants, and BENJAMIN HOCHMAN, Intervener, Appellant.— In a proceeding to review a determination of the board of appeals of the city of Long Beach, order annulling denial of an application for approval of erection of an electric distribution substation in a business use zone, where such use is contemplated in the zoning ordinance, and directing that the application be granted unanimously affirmed, with $10 costs and disbursements. In the light of the other uses freely permitted in the business use district and the adjacency of a garage and the absence of any proof showing an injurious effect by virtue of the slight hum from the transformer, the denial by the board of its approval in accordance with the zoning ordinance was unwarranted. (*Matter of Long Is. Lighting Co.* v. *Griffin,* 272 App. Div. 551.) The ordinance contemplates the use, and this is not an application for a variance based on unnecessary hardship and practical difficulty. (Cf. *Matter of Reed* v. *Board of Standards & Appeals,* 255 N. Y. 126; *Matter of Long Is. Lighting Co.* v. *Incorporated Vil. of East Rockaway,* 279 App. Div. 926, 927.) Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.